UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC HURT                                                                                PLAINTIFF

V.                          NO. 3:17-CV-00176-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                                        DEFENDANT

## **ORDER**

Before the Court is Plaintiff's Unopposed Motion to Extend Time to file an appellate brief. For good cause shown,

IT IS HEREBY ORDERED that Plaintiff's Motion (*doc. 11*) is GRANTED. The Court's Scheduling Order (*doc. 10*) is modified to provide that Plaintiff's brief is due no later than **December 18, 2017**. Defendant's brief is due within forty-two (42) days after service of Plaintiff's brief.

Dated this 15th day of November 2017.

_____
UNITED STATES MAGISTRATE JUDGE