# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ERIC RUSSELL HURT                                                        PLAINTIFF

V.                   NO. 3:17-CV-00176-JTR

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                               DEFENDANT

## **ORDER**

Before the Court is the Commissioner's Motion to Stay Briefing in Light of Government Shutdown. Based on the lapse in funding from the end of the day on January 19, 2018 through January 22, 2018, the deadline for Defendant's response brief is extended for three days.

IT IS THEREFORE ORDERED that the Commissioner's Motion (*Doc. 14*) is GRANTED. The Commissioner's brief is due no later than **February 1, 2018**.

DATED this 24th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE